### In the Matter of Kirk Douglas RHODES.

### No. 786 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Dec. 17, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of December, 2002, Kirk Douglas Rhodes having been disbarred by consent from the practice of law in the State of New Jersey by Order of the Supreme Court of New Jersey dated July 25, 2002; the said Kirk Douglas Rhodes having been directed on October 17, 2002, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Kirk Douglas Rhodes is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa. R.D.E..

### COMMONWEALTH of Pennsylvania, Respondent,

v.

### Lawrence SMITH, Petitioner.

Supreme Court of Pennsylvania.

Dec. 18, 2002.

*ORDER*

PER CURIAM

AND NOW, this 18th day of December, 2002, the Petition for Allowance of Appeal will be granted as to the following:

Whether the Superior Court erred when it affirmed the lower court's denial of the defendant's right to a new trial where the Commonwealth presented hearsay evidence at trial of a co-defendant's guilty plea where that co-defendant had not gone to trial with the defendant and where the defendant objected, in timely fashion, to the introduction of the guilty plea evidence.